AO 91 (Rev. 11/11) Criminal Complaint

LODGED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KMA DEPTUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KL DEPUTY

United States of America
v.
ROUZBEH SEYAMAKNEJAD

*Defendant(s)*

Case No. 2:26-mj-06074-DUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 12/12/18, 1/2/24, 11/5/24 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1015(a) | False Statements in a Naturalization Application |
| ~~52 U.S.C. § 20511(2)(A)~~ | ~~Fraudulent Voter Registration~~ CD |

This criminal complaint is based on these facts:

Please see attached sheet.

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

Caitlin Donovan, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/16/26 7:09 PM

*Judge's signature*

City and state: Los Angeles, California

Honorable Diana M. Kwok, U.S. Magistrate Judge
*Printed name and title*

*AUSA:* Michael Wheat

# **AFFIDAVIT**

I, Caitlin Donovan, being duly sworn, declare and state as follows:

## I. **PURPOSE OF AFFIDAVIT**

1. This affidavit is made in support of a criminal complaint and arrest warrant for ROUZBEH SEYAMAKNEJAD ("SEYAMAKNEJAD") for a violation of 18 U.S.C. § 1015(a) (False Statement in a Naturalization Application) ~~and for a violation of 52 U.S.C. § 20511(2)(A) (Fraudulent Voter Registration)~~. CD

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement and public databases. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. **BACKGROUND OF AFFIANT**

3. I am a Special Agent ("SA") with Homeland Security Investigations and have been since January 2024. In the course of my work, I have conducted physical surveillance, executed arrest warrants, and reviewed electronic records.

4. I have a Bachelor's Degree in dance from San Francisco State University and Doctorate degree in chiropractic from Southern California University of Health Sciences. I was a Customs and Border Protection ("CBP") Officer at the seaport of

Long Beach, California for approximately three years. During that time, I worked on teams in Merchandise Enforcement, Anti-Terrorism and Contraband Enforcement, Vessel Operations, and Radiation Portal Monitors. I also performed temporary duty at the land borders of Nogales, Arizona and San Ysidro, California. I have completed approximately 500 hours of instruction from the Federal Law Enforcement Training Center, resulting in a certificate of completion from the Criminal Investigator Training Program. I have also completed approximately 500 hours of HSI-related instruction from the Federal Law Enforcement Training Center, resulting in a certificate of completion from the Homeland Security Investigations Special Agent Training Program.

5. I currently work with the Homeland Security Task Force Financial – High Intensity Financial ("HSTFF-HIF") and as a Special Agent, I am responsible for investigating violations of federal criminal laws, such as the Bank Secrecy Act, Money Laundering Control Act, Immigration violations, and other federal crimes. These investigations have involved the use of electronic and physical surveillance; the use of informants and cooperating witnesses; undercover transactions; financial and telephone toll analysis; the preparation and execution of search warrants, and arrests, among other things. I have requested and participated in the preparation and execution of many HSI search and seizure warrants, multi-agency search warrants, and multiple site search warrants. I have requested and participated in search warrants of email accounts, online cloud accounts, cell phones, computers, and

premises where computers, cell phones, and other electronic evidence were searched, seized, and/or imaged.

## III. **STATEMENT OF PROBABLE CAUSE**

6. Department of Homeland Security ("DHS") records reveal that SEYAMAKNEJAD was born on October XX, 1963, in Iran, and is a native and citizen of Canada, who first entered the United States via Houston George Bush Intercontinental Airport in 2006 and is present in the United States as a Lawful Permanent Resident ("LPR"). LPRs are not United States citizens.

7. In August 2026, DHS HSI Los Angeles received investigative referrals provided by HSI Identity and Benefit Fraud Unit ("IBFU") with relevant information regarding alleged voter fraud or related identity-based fraud indicators. One of the referrals provided was for SEYAMAKNEJAD with fraud indicators that SEYAMAKNEJAD either registered to vote, has voted, or both.

8. During the HSI investigation of SEYAMAKNEJAD, SAs conducted a number of record checks through law enforcement databases. A DHS database revealed a record under Alien Registration number A XXXXXX259 in the name "SEYAMAKNEJAD" with a date of birth of October XX, 1963, country of birth as Iran and citizenship as Canada. This record includes a photograph of the person SAs recognize to be SEYAMAKNEJAD. This recognition is based on my comparison to other law enforcement photographs of SEYAMAKNEJAD. This record also lists additional identifying information for SEYAMAKNEJAD to include a physical address: XXXXX Coastsite Dr., Unit 207,

Rancho Palos Verdes, California 90275, a telephone number ending in -9753, an email of rouzbehXXXX@XXXXX.com, and date of birth of October XX, 1963.

9. Immigration documentation, specifically Form N-400 records for the name “SEYAMAK NEJAD”, also known as SEYAMAKNEJAD, lists his birth country as Iran, and citizenship as Canada, and contains a Social Security number ending in -0354, and an Alien number as A XXXXXX259.

10. SAs also conducted record checks through the California Department of Motor Vehicles and confirmed that driver’s license number FXXXX987 is associated with the name “SEYAMAK NEJAD ROUZBEH”, known as SEYAMAKNEJAD, and is associated with the same address on XXXXX Coastsite DR APT. 207, CA 90275. The latest issue date of this record is 03/31/2023, and it contained a photograph which SAs believe depicts SEYAMAKNEJAD based on SAs comparison of pictures of SEYAMAKNEJAD. This record also shows a date of birth as 10/XX/1963 and contains an image of SEYAMAKNEJAD’s signature.



11. During the HSI investigation of SEYAMAKNEJAD, SAs subpoenaed the Los Angeles County Registrar's Office for voter registration information for SEYAMAKNEJAD associated with the same address on XXXXX Coastsite Dr., Unit 207, Rancho Palos Verdes, California 90275.

12. In September 2026, SAs received a certified voter registration application number XXXXXXX848, a voter registration receipt and a signature image from the Los Angeles County Registrar's Office, Office of County Counsel of Los Angeles. The voter registration name is listed as "SEYAMAKNEJAD" and lists the address as XXXXX Coastsite Dr., Unit 202, Rancho Palos Verdes, California 90275. The Voter Registration Data lists an updated change of address in 2021 to XXXXX Coastsite Dr., Unit 207, Rancho Palos Verdes, California 90275. A check mark is provided next to the application wording "I am a U.S. citizen."


CALIFORNIA VOTER REGISTRATION FORM

X I am a U.S. citizen.
X I am at least 18 years old.
X I am not in prison or on parole for the conviction of a felony.
X I am not currently judged by a court to be mentally incompetent

| Legal Name | Birth Date | Birth Place |
|---|---|---|
| ROUZBEH SEYAMAKNEJAD | 10[redacted]1963 | |

| Home Address | California ID | SSN4 |
|---|---|---|
| [redacted] COASTSITE DR APT 202 RNCHO PLS VRD CA 90275 | [redacted]7 | |
| | Phone Number (310)[redacted] | Fax Number |

13. Following a declaration under penalty of perjury warning, the voter registration application is signed and dated December 12, 2018.


I declare under penalty of perjury under the laws of the State of California that:
- I am a U.S. citizen and am 18 years old or will be at least 18 years old on election day.
- I am not currently in a state or federal prison or on parole for the conviction of a felony.
- I am not currently found mentally incompetent to vote by a court.
- I understand that it is a crime to intentionally provide incorrect information on this form.
- The information on this form is true and correct.

SIGNATURE [redacted] 12/12/2018

DATE

14. The voter application also provided the following for SEYAMAKNEJAD:

a. California ID number DL #FXXXX987
b. Date of birth as 10/XX/1963
c. Phone number as (310)893-XXXX

15. The signature supplied by the voter and attached to voter application number XXXXXX848 is in the name of SEYAMAKNEJAD and appears to match SEYAMAKNEJAD’s signature on his California driver’s license dated 08/31/2023.

16. The records from the Los Angeles County Registrar’s Office show that SEYAMAKNEJAD voted in the general election by mail-in ballot on or around November 5, 2024.

17. Additionally, SAs have reviewed DHS records to determine whether SEYAMAKNEJAD has ever sought or obtained United States citizenship. To become a naturalized United States citizen, an applicant must file a Form N-400 and pay a $710 filing fee or seek a fee waiver. DHS records do show SEYAMAKNEJAD is seeking naturalization and filed an N-400 application. Multiple records of photo identification were uploaded to the application including a copy of SEYAMAKNEJAD’s Permanent Resident’s Card with the USCIS #XXXXXX259.



18. Under the application questions in Part 12 of the Form N-400 the first question of "Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)?" the answer "No" is checked. The second question "Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer 'No.'" the answer "No" is checked.

**Part 12. Additional Information About You** (Person Applying for Naturalization)

Answer **Item Numbers 1. - 21.** If you answer "Yes" to any of these questions, include a typed or printed explanation on additional sheets of paper.

**1.** Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)? ☐ Yes ☒ No

**2.** Have you **EVER** registered to vote in any Federal, state, or local election in the United States? ☐ Yes ☒ No

19. Following a declaration under penalty of perjury warning, the Form N-400 Naturalization application is dated

01/02/2024.

***Applicant's Signature***

3. Applicant's Signature: Rouzbeh Seyamak Nejad — Date of Signature (mm/dd/yyyy): 01/02/2024

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

20. The Form N-400 Naturalization application also provided the following for SEYAMAKNEJAD:

a. Alien Number as A XXXXXX259
b. Date of birth as 10/XX/1963
c. Place of birth as Iran
d. Country of Citizenship as Canada
e. "SSN4" as -0354
f. Phone number as 310-893-XXXX
g. Email as rouzbehXXXX@XXXXX.com

21. Moreover, the records do not reflect the issuance of a Form N-550, a Certificate of Naturalization, which is an official document issued by U.S. Citizenship and Immigration Services to prove that a foreign national has officially become a U.S. citizen after completing the naturalization process and taking the Oath of Allegiance. Based on my background, training and experience, I know that if an individual became a naturalized citizen, DHS records associated with that individual would reflect the issuance of a Form N-550 (Certificate of Naturalization).

## IV. CONCLUSION

22. Based on the foregoing, I believe there is probable cause to believe that SEYAMAKNEJAD knowingly and willfully falsely stated under oath that he was a United States Citizen in his voter registration application in order to register to vote and secure the issuance of an election ballot permitting him to

vote in a California and federal election in violation of 18 U.S.C. § 1015(a) ~~and 52 U.S.C. § 20511(2)(A)~~. CD

/s/
_______________________________
Caitlin Donovan, Special Agent
Homeland Security
Investigations

Subscribed to and sworn before me
This 16th day of October, 2026

_______________________________
HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE